**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHAEL BROWN, individually and as agent on behalf of former equity holders of Emergent Properties Inc.,

                Plaintiff,

    -against-                                  22 **CIVIL 6684 (PKC)**

                                                  **JUDGMENT**

BUILDING ENGINES, INC.,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 25, 2024, Building Engines's motion to dismiss is GRANTED. The Court DISMISSES Count III (breach of contract), Count IV (implied covenant of good faith and fair dealing), Count V (deceptive trade practices), Count VI (rescission), and Count VII (fraudulent inducement).

**Dated:** New York, New York

       September 26, 2024

                                                        **DANIEL ORTIZ**
                                                        **Acting Clerk of Court**

                              **BY:**
                                                       _____
                                                            **Deputy Clerk**